I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-27-11

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO QUOC NGUYEN,<br><br>    Petitioner,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of California, et al.,<br><br>    Respondents. | Case No. SACV 11-1526-JST (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On November 30, 2011, Petitioner filed objections to the Report and Recommendation. The Court has made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made.

    Having reviewed the Petition, the Court concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 12-26-2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE