I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, ~~TO ALL COUNSEL~~ Petitioner (~~OR PARTIES~~) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 12-27-11
DEPUTY CLERK

JS-6 / **ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO QUOC NGUYEN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of California, et al.,<br><br>　　　　Respondents. | Case No. SACV 11-1526-JST (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 12·26·2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY